IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SELECT PORTFOLIO SERVICING, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 3:23-cv-2398-K |
| v. | § § | |
| EVELYN COLLINS, JOSE N. ESTRADA, JUAN O. MARTINEZ, MARIA A. MARTINEZ, AND MARIA O. MARTINEZ, | § § § § § § | |
| Defendants. | § | |

## FOLLOW-UP JOINT STATUS REPORT

Plaintiff Select Portfolio Servicing, Inc. ("Plaintiff" or "SPS") and Defendants Jose N. Estrada, Juan O. Martinez, Marria A. Martinez, and Maria O. Martinez ("The Estrada-Martinez Defendants," and together with Plaintiff, are referred to hereafter as the "Parties") file this Follow-Up Joint Status Report, as directed by the Court.

### I. "PROPOSED SETTLEMENT"

**The "proposed settlement" referenced in the Parties' prior Joint Status Report is actually an offer to provide information in exchange for an agreement to dismiss the claims against the Estrada-Martinez Defendants. As stated by the Estrada-Martinez Defendants in the prior Joint Status Report:**

> **"The Estrada-Martinez Defendants contend Plaintiff failed to comply with the Order in that no response or supporting brief of any kind was submitted. Instead, Plaintiff filed its First Amended Complaint, adding Section VI., a "Matter of Avoidance," suggesting that the Estrada-Martinez Defendants "are not bona fide purchasers for value because they did not acquire the property for value." In the only apparent attempt made to support this suggestion, Plaintiff states in its First Amended Complaint that "[t]hese Defendants acquired the property for $100.00 per the General Warranty Deed filed in the Real Property Records of Dallas County, Texas." Plaintiff did not, in any**

**capacity, challenge the facts and legal arguments put forward by the Estrada-Martinez Defendants establishing that Plaintiff's claims are barred by limitations."**

The Estrada-Martinez Defendants, although the Parties have not yet initiated discovery, have offered to deliver documentation to Plaintiff establishing that the Estrada-Martinez Defendants purchased the property in question for value in excess of that alleged by Plaintiff in paragraph 7 and paragraphs 37 through 39 of the Amended Complaint, in exchange for a full dismissal of the claims brought by Plaintiff against the Estrada-Martinez Defendants. As of the submission of this Follow-Up Joint Status Report, Plaintiff's counsel is waiting on a response from Plaintiff concerning the foregoing proposal.

    Respectfully submitted,

By:   /s/ Nicholas M. Frame
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

    **NICHOLAS M. FRAME**
    Texas Bar No. 24093448
    nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR PLAINTIFF**

**and**

By:   */s/ Dean J. Siotos*
**DEAN J. SIOTOS**
Texas Bar No. 00793018
dsiotos@imtexaslaw.com
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Telephone: (214) 265-6500
Facsimile: (713) 222-7669

Bradford W. Irelan
State Bar No.10411550
Federal Bar No. 13607
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Telephone: (713) 222-7666
Facsimile: (713) 222-7669
birelan@imtexaslaw.com

**IRELAN MCDANIEL PLLC**

**ATTORNEYS FOR DEFENDANTS**
**JOSE N. ESTRADA, JUAN O. MARTINEZ,**
**MARRIA A. MARTINEZ, AND**
**MARIA O. MARTINEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, a true and correct copy of the foregoing was served in the manner described below on the following:

**VIA ECF Notification:**
Dean J. Siotos
Irelan McDaniel PLLC
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
*Attorney for Defendants Jose N. Estrada, Juan O. Martinez, Maria A. Martinez, and Maria O. Martinez*

**VIA U.S. Mail**:
Evelyn Collins
1806 Longview Street
Mesquite, Texas 75149

*/s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**
